# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL FONTAINE,<br><br>    Petitioner,<br><br>  v.<br><br>BRETT MORGAN, Warden,<br><br>    Respondent. | Case No. CV 09-4347-FMC (JEM)<br><br>**JUDGMENT** |

  In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED: December 16, 2009

*Florence-Marie Cooper*
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE